
# United States District Court for the Northern District of California

Sai
dccc@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
500 Westover Dr. #4514, Sanford, NC 27330

*Plaintiff*
on Plaintiff's own behalf, and on behalf of all those similarly situated

v.

David Smith, TSA TSM

Jim Adams, TSA FSD

Champagne Ellison, CAS ATM

Covenant Aviation Security (CAS)
c/o James E. Mahoney, counsel
Griffith & Jacobson, LLC
55 W. Monroe St.
Suite 3550
Chicago, IL 60603

Transportation Security Administration (TSA)
601 S. 12th St., Arlington, VA 22202

Department of Homeland Security (DHS)
Mail Stop 3650, Washington, DC 20528

United States (USA)

Kimberly Walton, TSA AA/OCRL

William McKenney, TSA

Seena Foster, TSA

Zachary Bromer, TSA

Jeremy Buzzell, TSA

Erika Lucas, TSA

Unknown TSA counsel

*Defendants*

FILED
FEB 2 9 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Action No.: CV16 1024 JST

JURY TRIAL DEMANDED

## Stub[1] Complaint

1. Defendants Smith, Adams, Ellison, CAS, TSA, and DHS violated Plaintiff's civil rights by, *inter alia*, first refusing to screen Plaintiff's medical liquids at an SFO TSA checkpoint, and then, after screening *and clearing* the liquids, refusing to allow Plaintiff to travel with them and unlawfully seizing the liquids on threat of preventing Plaintiff from exercising Plaintiff's right to travel. TSA and DHS committed similar violations at multiple other airports.

2. All defendants, and in particular defendants Walton, McKinney, Foster, Bromer, Buzzell, Lucas, and unknown TSA counsel, violated Plaintiff's rights by, *inter alia*, committing obstruction of justice in first conspiring to "not process", and then to unlawfully delay, Plaintiff's formal grievances under the Rehabilitation Act.

3. Plaintiff seeks declaratory relief, injunctions, permanent injunctions, statutory, compensatory, punitive, and other damages; costs; attorney's fees; etc, in accordance with the Rehabilitation Act, *Bivens*, FTCA, Administrative Procedure Act, US Constitution, common law torts, etc.

4. Plaintiff further seeks to institute a class action against TSA and DHS as to TSA's "medical liquids" policy and TSA / DHS' pattern and practice of obstructing individuals' rights under the Rehabilitation Act and APA.

Respectfully submitted,
Plaintiff, *plaintiff pro se*
dccc@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
500 Westover Dr. #4514, Sanford, NC 27330

---

[1] This complaint is meant only as a stub, in order that Plaintiff can file the full complaint using CM/ECF, as an amendment as of right. This stub gives only a minimal notice pleading, in order to provide a statement sufficient to open the case; the full complaint will give more detail, with exhibits, but should be filed electronically.