UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID SMITH, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01024-JST<br><br>**ORDER RE: EX PARTE STATUS UPDATE AND MOTION FOR STAY/TOLLING**<br><br>Re: ECF No. 21 |

Plaintiff has filed an Ex Parte Status Update and Motion for Stay/Tolling requesting several forms of relief. ECF No. 21. The Court has considered Plaintiff's filing in full and all of his requests. The Court further notes that the 90 days allotted for service of a complaint pursuant to Fed. R. Civ. P. 4(m) have elapsed. Therefore, the Court hereby orders as follows:

(1) In light of Plaintiff's anticipated filing of an amended complaint, the Court finds good cause under Rule 4(m) to extend the time period for service, as outlined below.

(2) Plaintiff shall have until July 31, 2016, to file a complete IFP application and an amended complaint.

(3) If an IFP application and amended complaint are not filed by July 31, 2016, the Court shall issue an Order to Show Cause as to why the case should not be dismissed pursuant to Rule 4(m).

(4) The Case Management Conference currently scheduled for June 29, 2016 is continued to August 17, 2016.

IT IS SO ORDERED.

Dated: June 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge