1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6475
6       FAX: (415) 436-7234
        wendy.garbers@usdoj.gov
7
   Attorneys for Defendants UNITED STATES
8  OF AMERICA; DEPARTMENT OF HOMELAND
   SECURITY; and TRANSPORTATION
9  SECURITY ADMINISTRATION

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   SAI,                              )  Case No. 16-cv-01024-JST
14                                   )
           Plaintiff,                )  **STIPULATION AND [PROPOSED] ORDER RE**
15                                   )  **MTD BRIEFING SCHEDULE**
       v.                            )
16                                   )  Date: July 27, 2017
   DAVID SMITH, *et al.*             )  Time: 2:00 p.m.
17                                   )  Honorable Jon S. Tigar
           Defendants.               )
18

**STIPULATION**

IT IS HEREBY STIPULATED, by Plaintiff and the Federal Defendants, that Plaintiff's opposition to the Federal Defendants' pending motion to dismiss shall now be due on June 16, 2017; the Federal Defendant's reply will be due on June 23, 2017.

DATED: May 31, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

 /s/ *Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for Defendants UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; and TRANSPORTATION SECURITY ADMINISTRATION

DATED: May 31, 2017

PLAINTIFF SAI

 /s/ *Sai* *
SAI
Plaintiff Pro Se

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that plaintiff has concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 1, 2017

_____
THE HONORABLE JON S. TIGAR