# United States District Court for the Northern District of California

Sai

*Plaintiff*

v.

Smith *et al*

*Defendants*

Civil Action No.: 3:16-cv-01024-JST

## Stipulation and [proposed] order re time to file second amended complaint, and to respond

Whereas

1. Plaintiff needs some more time to finish and file the second amended complaint (SAC), as ordered by this Court, ECF No. 97 & 98;

2. Government counsel will not be able to work on a response from Aug. 11–21 (due to a vacation); and

3. the parties have stipulated, and this Court has ordered, that Covenant's response shall be due at the same time as the Government's, ECF No. 104 & 106;

it is hereby stipulated that

1. Plaintiff's deadline to file the SAC is extended to August 18, 2017; and

2. both Covenant and the Government shall file an answer, motion, or other response to the SAC by September 8, 2017.

So stipulated.

Dated: July 28, 2017

Respectfully submitted,
/s/ Sai[1]
Sai, *plaintiff pro se*
legal@s.ai
+1 510 394 4724 phone / +1 206 203 2827 fax
500 Westover Dr. #4514, Sanford, NC 27330

/s/ Wendy Garbers
Wendy Garbers
Assistant United States Attorney
attorney for United States of America; Department of Homeland Security; and Transportation Security Administration

/s/ Richard G. Grotch
attorney for Covenant Aviation Security, LLC

# Order

Upon the parties' stipulation, Plaintiff shall file a second amended complaint by August 18, 2017; and Covenant and the Government shall answer, move to dismiss, or otherwise respond to the second amended complaint by September 8, 2017.

IT IS SO ORDERED.

Dated: July 31, 2017

JON S. TIGAR
United States District Judge

---

[1] I hereby attest that I have been expressly authorized by the below signatories to apply the conformed signature.