1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6475
6      FAX: (415) 436-7234
       wendy.garbers@usdoj.gov
7
   Attorneys for Defendants UNITED STATES
8  OF AMERICA; DEPARTMENT OF HOMELAND
   SECURITY; and TRANSPORTATION
9  SECURITY ADMINISTRATION

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   SAI,                                ) Case No. 16-cv-01024-JST
14                                     )
            Plaintiff,                 ) **STIPULATION AND [PROPOSED] ORDER TO**
15                                     ) **CONTINUE CMC**
        v.                             )
16                                     ) Current Date: September 13, 2017
   DAVID SMITH, *et al.*               ) Current Time:  2:00 p.m.
17                                     )
            Defendants.                )
18

19      WHEREAS, the initial Case Management Conference ("CMC") in this matter is currently set for

20  September 13, 2017, at 2:00 p.m.;

21      WHEREAS, plaintiff Sai filed plaintiff's Second Amended Complaint ("SAC") on August 18,

22  2017, and defendants' responses are due on September 8, 2017;

23      WHEREAS, both the Federal Defendants and defendant Covenant Aviation Security, LLC

24  ("Covenant") intend to file a motion to dismiss in response to the SAC;

25      WHEREAS, defendants submit that it is premature to conduct a Rule 26(f) conference and

26  proceed with discovery until the pleadings are settled;

27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
16-CV-01024 JST                                                                                 1

1  IT IS HEREBY STIPULATED, by Plaintiff, the Federal Defendants, and Covenant that, subject to Court approval, the September 13, 2017 CMC herein should be taken off calendar and reset to a time after the pleadings are settled.

DATED: August 30, 2017                          Respectfully submitted,

                                                BRIAN J. STRETCH
                                                United States Attorney

                                                 /s/ *Wendy M. Garbers*
                                                WENDY M. GARBERS
                                                Assistant United States Attorney

                                                Attorneys for Defendants UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; and TRANSPORTATION SECURITY ADMINISTRATION

DATED: August 30, 2017                          CODDINGTON, HICKS & DANFORTH


                                                 /s/ *Richard G. Grotch*\*
                                                RICHARD D. GROTCH

                                                Attorneys for Defendant
                                                COVENANT AVIATION SECURITY, LLC


DATED: August 30, 2017                          PLAINTIFF SAI


                                                 /s/ *Sai* \*
                                                SAI
                                                Plaintiff Pro Se

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | Dated: August 30, 2017 |
| 5 | |
| 6 | _____ |
| 7 | HONORABLE JON S. TIGAR<br>United States District Judge |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
16-CV-01024 JST                                                                                                    3