1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6475
6      FAX: (415) 436-7234
       wendy.garbers@usdoj.gov
7
   Attorneys for Defendants UNITED STATES
8  OF AMERICA; DEPARTMENT OF HOMELAND
   SECURITY; and TRANSPORTATION
9  SECURITY ADMINISTRATION

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   SAI,                              ) Case No. 16-cv-01024-JST
14                                   )
           Plaintiff,                ) **STIPULATION AND [PROPOSED] ORDER RE**
15                                   ) **BRIEFING SCHEDULE**
       v.                            )
16                                   ) Current Date: November 9, 2017
   DAVID SMITH, *et al.*             ) Current Time: 2:00 p.m.
17                                   )
           Defendants.               )
18  _____)

19      WHEREAS, both the Federal Defendants and defendant Covenant Aviation Security, LLC

20  ("Covenant") have filed motions to dismiss Plaintiff's Second Amended Complaint ("SAC");

21      WHEREAS, said motions are set for hearing on November 9, 2017;

22      WHEREAS, Plaintiff intends to request to appear at the hearing by phone/video conference,

23  which Defendants do not oppose;

24      IT IS HEREBY STIPULATED, by Plaintiff, the Federal Defendants, and Covenant that:

25      1. Plaintiff's oppositions to the motions to dismiss shall be due on October 6, 2017;

26      2. Defendants' reply briefs shall be due on October 20, 2017; and

27      3. The date of the hearing shall remain unchanged.

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
16-CV-01024 JST                                                                            1

| | | |
|---|---|---|
| 1 | DATED: September 19, 2017 | Respectfully submitted, |
| 2 | | BRIAN J. STRETCH<br>United States Attorney |
| 3 | | |
| 4 | | /s/ *Wendy M. Garbers*<br>WENDY M. GARBERS<br>Assistant United States Attorney |
| 5 | | |
| 6 | | Attorneys for Defendants UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; and TRANSPORTATION SECURITY ADMINISTRATION |
| 10 | DATED: September 19, 2017 | CODDINGTON, HICKS & DANFORTH |
| 12 | | /s/ *Richard G. Grotch*\*<br>RICHARD D. GROTCH |
| 14 | | Attorneys for Defendant<br>COVENANT AVIATION SECURITY, LLC |
| 17 | DATED: September 19, 2017 | PLAINTIFF SAI |
| 19 | | /s/ *Sai* \*<br>SAI<br>Plaintiff Pro Se |

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 20, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge