Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
Tel. 650.592.5400
Fax. 650.592.5027

**ATTORNEYS FOR** Defendant
Covenant Aviation Security, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sai,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Covenant Aviation Security, LLC,<br><br>　　　　　　Defendants. | Case No. CV 16-1024 JST<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CORRECTION TO THIRD AMENDED COMPLAINT [ECF DOC. 132] |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Sai, defendant Covenant Aviation Security, LLC and defendant Secretary of the Department of Homeland Security, that all references to "Michael Sureno," in the third amended complaint (ECF Doc. 132), shall be, and are, deemed to be references to Michael Snead.

　　　　SO STIPULATED.

Dated: June 1, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Sai

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Sai
　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

| | |
|---|---|
| Dated: June 1, 2018 | CODDINGTON, HICKS & DANFORTH |
| | /s/ *Richard G. Grotch* |
| | By: _____<br>Richard G. Grotch(*)<br>Attorneys for Defendant<br>Covenant Aviation Security, LLC |
| Dated: June 1, 2018 | ALEX G. TSE<br>ACTING UNITED STATES ATTORNEY |
| | /s/ *Wendy M. Garbers* |
| | By: _____<br>Wendy M. Garbers<br>Assistant United States Attorney |

(*) I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document or have been expressly authorized to affix the conformed signatures hereon.

## [PROPOSED] ORDER

Upon the parties' stipulation,

IT IS SO ORDERED. The Clerk shall update the docket, replacing "Michael Sureno" with "Michael Snead."

Dated: June 1, 2018

_____
Honorable Jon S. Tigar
United States District Judge

2

Stipulation and [Proposed] Order Re Correction to the Third Amended Complaint
Case No: 3:16-cv-01024-JST