Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Tel.  650.592.5400
Fax. 650.592.5027

**ATTORNEYS FOR** Defendant
Covenant Aviation Security, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sai, <br><br> Plaintiff, <br><br> vs. <br><br> Covenant Aviation Security, LLC, <br><br> Defendants. | Case No.  CV 16-1024 JST <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING CORRECTION TO THIRD AMENDED COMPLAINT [ECF DOC. 132] |

IT IS HEREBY STIPULATED by and between plaintiff Sai, defendant Covenant Aviation Security, LLC ("Covenant") and defendant Secretary of the Department of Homeland Security, that all references to "John Orille," in the third amended complaint (ECF Doc. 132), shall be, and are, deemed to be references to John Aclado. This agreement is based on Covenant's representation that since the events at issue in this case, Mr. Orille changed his name to John Aclado.

SO STIPULATED.

Dated:  June 4, 2018

/s/ *Sai*

By: _____
　　Sai
　　Plaintiff Pro Se

| | | |
|---|---|---|
| Dated: June 4, 2018 | | CODDINGTON, HICKS & DANFORTH |

/s/ *Richard G. Grotch*

By: _____
Richard G. Grotch(*)
Attorneys for Defendant
Covenant Aviation Security, LLC

Dated: June 4, 2018

ALEX G. TSE
ACTING UNITED STATES ATTORNEY

/s/ *Wendy M. Garbers*

By: _____
Wendy M. Garbers
Assistant United States Attorney

(*) I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/s/) within this e-filed document or have been expressly authorized to affix the conformed signatures hereon.

## [PROPOSED] ORDER

Upon the parties' stipulation,

IT IS SO ORDERED. The Clerk shall update the docket, replacing "John Orille" with "John Aclado."

Dated: June _4_, 2018

_____
Honorable Jon S. Tigar
United States District Judge