ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAI,<br><br>    Plaintiff,<br><br>v.<br><br>COVENANT AVIATION SECURITY, LLC, et al.,<br><br>    Defendants. | No. 16-cv-01024 JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE PROTECTIVE ORDER BRIEFING SCHEDULE**<br><br>The Honorable Jon S. Tigar |

    WHEREAS, the parties' proposed protective orders and briefs concerning same are currently due today (ECF 173, 199), with responding briefs due on July 13, 2018 (*id.*);

    WHEREAS, this morning, Sai asked Defendants if they would stipulate to continue the schedule. Sai indicated that Sai is in very severe health;

    WHEREAS, Defendants had previously offered Sai this accommodation prior to Sai's filing a motion to amend the briefing schedule, but Sai declined it (ECF 187-2 at 14-15);

    WHEREAS, Defendants are prepared to file their protective order papers today, but agree to extend the schedule as an accommodation to Sai;

    IT IS HEREBY STIPULATED, by Plaintiff, the Secretary of the Department of Homeland

Security, and Covenant Aviation Security, LLC, that, subject to Court approval, the parties must file their competing proposed protective orders by July 6, 2018. Responding briefs are due by July 20, 2018.

DATED: June 29, 2018	Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

DATED: June 29, 2018	CODDINGTON, HICKS & DANFORTH

 /s/ *Richard G. Grotch*\*
RICHARD G. GROTCH

Attorneys for Defendant
COVENANT AVIATION
SECURITY, LLC

DATED: June 29, 2018	PLAINTIFF SAI

 /s/ *Sai* \*
SAI
Plaintiff Pro Se

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 29, 2018

IT IS SO ORDERED
Judge Jon S. Tigar

HONORABLE JON S. TIGAR
United States District Judge