ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAI, | ) No. 16-cv-01024 JST |
|     Plaintiff, | ) |
| v. | ) **DEFENDANTS' NOTICE RE PLAINTIFF'S FAILURE TO MEET JULY 6 DEADLINE** |
| COVENANT AVIATION SECURITY, LLC, et al., | ) The Honorable Jon S. Tigar |
|     Defendants. | ) |

The Court ordered both sides simultaneously to submit proposed protective orders and memoranda in support of their proposals by Friday, July 6, 2018. (ECF 201.) Defendants made their submission on July 6, as ordered, but plaintiff Sai failed to file anything. Sai previously moved to stagger the briefing schedule, asking that defendants first file their proposed protective order and brief, before Sai was required to submit anything. The Court denied Sai's motion. (ECF 198.) Sai has asked for the entire case to be stayed, but the Court has not yet entered a stay or otherwise ruled on the motion. (ECF 205-206, 209-211.) As such, Sai is out of compliance with the Court's orders. Sai should not be permitted to obtain by fiat the staggered briefing schedule the Court denied.

| | | |
|---|---|---|
| 1 | DATED: July 9, 2018 | Respectfully submitted, |
| 2 | | ALEX G. TSE<br>Acting United States Attorney |
| 3 | | |
| 4 | | */s/ Wendy M. Garbers*<br>WENDY M. GARBERS<br>Assistant United States Attorney |
| 5 | | |
| 6 | | |
| 7 | DATED: July 9, 2018 | CODDINGTON, HICKS & DANFORTH |
| 8 | | |
| 9 | | /s/ *Richard G. Grotch**<br>RICHARD G. GROTCH |
| 10 | | Attorneys for Defendant<br>COVENANT AVIATION<br>SECURITY, LLC |
| 11 | | |

12  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
13  that all signatories have concurred in the filing of this document.*