1 ALEX G. TSE (CABN 152348)
United States Attorney
2 SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAI, <br><br> Plaintiff, <br><br> v. <br><br> COVENANT AVIATION SECURITY, LLC, et al., <br><br> Defendants. | No. 16-cv-01024 JST <br><br> **STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE AND SCHEDULE** <br><br> The Honorable Jon S. Tigar |

WHEREAS, on September 26, 2018, this Court entered an Order staying this case for sixty days for all purposes other than ADR, namely a settlement conference with Magistrate Judge Kim (ECF 232);

WHEREAS, on October 10, 2018, the parties held a scheduling call with Magistrate Judge Kim. Judge Kim set the settlement conference for December 13, 2018 (ECF 235);

WHEREAS, under the Court's prior Order, the stay herein is set to expire on November 26, 2018, before the settlement conference;

WHEREAS, a further case management conference is currently scheduled herein for December 5, 2018, also before the settlement conference;

IT IS HEREBY STIPULATED, by Plaintiff Sai, Defendant Secretary of the Department of

Homeland Security, and Defendant Covenant Aviation Security, LLC, that, subject to Court approval:

1. The stay previously entered in this matter continue until January 2, 2019, in order to accommodate the December 13, 2018 settlement conference; and

2. The further case management conference also be continued until January 16, 2019.

DATED: October 16, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

DATED: October 16, 2018

CODDINGTON, HICKS & DANFORTH

 /s/ *Richard G. Grotch*\*
RICHARD G. GROTCH

Attorneys for Defendant
COVENANT AVIATION
SECURITY, LLC

DATED: October 16, 2018

BAKER BOTTS LLP

 /s/ *Navi Singh Dhillon* \*
NAVI SINGH DHILLON
Attorneys for Plaintiff SAI

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, it is hereby ordered that they stay previously entered in this matter continue until January 2, 2019. The December 5, 2018 CMC herein is hereby continued until January 16, 2019 at 2:00, with statements due on January 7, 2019.

Dated: October 17, 2018

_____
HONORABLE JON S. TIGAR
United States District Judge