1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6475
6      FAX: (415) 436-7234
       wendy.garbers@usdoj.gov
7
   Attorneys for Defendant SECRETARY OF THE
8  DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SAI, | ) No. 16-cv-01024 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER RE STAY PENDING ADR AND FURTHER CMC** |
| v. | ) |
| COVENANT AVIATION SECURITY, LLC, et al., | ) The Honorable Jon S. Tigar |
| Defendants. | ) |

WHEREAS, this matter is currently stayed for all purposes other than ADR until January 2, 2019 (ECF 237);

WHEREAS, on December 13, 2018, the parties participated in an all-day settlement conference with the assistance of Magistrate Judge Sallie Kim;

WHEREAS, at the December 13, 2018 settlement conference, plaintiff and defendant Covenant Aviation Security, LLC, reached a settlement agreement, which they will reduce to writing;

WHEREAS, plaintiff and the government did not reach a settlement at the conference. They did, however, agree to some further steps, which have the potential to ultimately result in a settlement;

WHEREAS, Judge Kim has agreed to further assist the parties with their ADR efforts and has

STIPULATION AND [PROPOSED] ORDER RE STAY PENDING ADR AND FURTHER CMC
No. 16-cv-01024 JST                                                          1

scheduled a further telephone conference for January 29, 2019, at 9:00 a.m.;

WHEREAS, a further case management conference is currently scheduled herein for January 16, 2019;

IT IS HEREBY STIPULATED, by Plaintiff Sai, Defendant Secretary of the Department of Homeland Security, and Defendant Covenant Aviation Security, LLC, that, subject to Court approval:

1. The stay previously entered in this matter continue sixty more days, until March 4, 2019, in order to accommodate the parties' settlement discussions; and

2. The further case management conference also be continued until after March 4, 2019.

DATED: December 17, 2018    Respectfully submitted,

ALEX G. TSE
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney


DATED: December 17, 2018    CODDINGTON, HICKS & DANFORTH


*/s/ Richard G. Grotch\**
RICHARD G. GROTCH

Attorneys for Defendant
COVENANT AVIATION
SECURITY, LLC


DATED: December 17, 2018    BAKER BOTTS LLP


*/s/ Navi Singh Dhillon \**
NAVI SINGH DHILLON
Attorneys for Plaintiff SAI

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION AND [PROPOSED] ORDER RE STAY PENDING ADR AND FURTHER CMC
No. 16-cv-01024 JST                                                              2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, it is hereby ordered that they stay previously entered in this matter continue until March 4, 2019. The January 16, 2019 CMC herein is hereby continued until \_\_\_\_March 13\_\_\_\_, 2019 at 2:00, with statements due on \_\_\_\_March 6\_\_\_\_, 2019.

Dated: December 18, 2018

_____
HONORABLE JON S. TIGAR
United States District Judge