NAVI SINGH DHILLON (SBN 279537)
Navi.Dhillon@BakerBotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Attorneys for Plaintiff
SAI

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAI, | No. 16-cv-01024 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE FURTHER STAY PENDING ADR** |
| v. | |
| COVENANT AVIATION SECURITY, LLC, et al., | The Honorable Jon S. Tigar |
| Defendants. | |

Having met and conferred, the undersigned the parties to stipulate as follows:

WHEREAS, following appointment of Pro Bono Counsel, Plaintiff dismissed from this case individual defendants Champagne Ellison, Kristy Akens, John Aclado and Michael Snead. (ECF 232);

WHEREAS, this action has been stayed for all purposes other than ADR and the current stay expires on March 4, 2019 (ECF 241);

WHEREAS, on December 13, 2018, the parties participated in an all-day settlement conference with Magistrate Judge Sallie Kim;

WHEREAS, following the December 13, 2018 settlement conference, plaintiff and defendant Covenant Aviation Security, LLC (Covenant) reached a settlement agreement, that agreement has been reduced to writing, and Plaintiff will dismiss Covenant from this action in the near future;

WHEREAS, Plaintiff and the government did not reach a settlement, but are engaged in potentially productive discussions with the assistance of Judge Kim and remain hopeful that an informal resolution can be reached;

WHEREAS, the parties participated in further telephone conference with Judge Kim on February 26, 2019, and agreed to continue their ADR efforts;

WHEREAS, the parties submit that it would conserve resources to permit those ADR efforts to go forward and that an addition five-week stay would facilitate settlement discussions;

WHEREAS, the parties are scheduled to have another ADR call with Judge Kim on March 26, 2019, at 9:00 a.m.

WHEREAS, a further case management conference is currently scheduled herein for March 13, 2019;

WHEREFORE, Plaintiff Sai and Defendant Secretary of the Department of Homeland Security jointly and respectfully ask that:

1. The stay previously entered in this matter continue five more weeks, until April 8, 2019, in order to facilitate settlement discussions; and

2. The further case management conference be continued until after April 8, 2019. (Counsel for Defendant requests that it not be set the week of April 15, as she will be on vacation with her family.)

DATED: February 27, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Wendy M. Garbers*
　　　　　　　　　　　　　　　　　　　　WENDY M. GARBERS
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED: February 27, 2019　　　　　　　　BAKER BOTTS LLP


　　　　　　　　　　　　　　　　　　　　 */s/ Navi Singh Dhillon* *
　　　　　　　　　　　　　　　　　　　　NAVI SINGH DHILLON
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff SAI

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, it is hereby ordered that the stay previously entered in this matter continue until April 8, 2019. The March 13, 2019 CMC herein is hereby continued until __April 24__, 2019 at 2:00, with statements due on __April 17__, 2019.

Dated: __February 28, 2019__

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　HONORABLE JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge