1  NAVI SINGH DHILLON (SBN 279537)
   Navi.Dhillon@BakerBotts.com
2  BAKER BOTTS LLP
   101 California Street, Suite 3600
3  San Francisco, California 94111
   Telephone: (415) 291-6200
4
   Attorneys for Plaintiff
5  SAI

6  RICHARD G. GROTCH (SBN 127713)
   CODDINGTON, HICKS & DANFORTH
7  A Professional Corporation, Lawyers
   555 Twin Dolphin Drive, Suite 300
8  Redwood City, CA 94065-2133
   Tel.: 650.592.5400
9
   Attorneys for Defendant
10 COVENANT AVIATION SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COVENANT AVIATON SECURITY, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. 3:16-CV-01024-JST<br><br>**STIPULATION RE DISMISSAL OF DEFENDANT COVENANT AVIATION SECURITY, LLC AND [PROPOSED] ORDER**<br><br>Courtroom: 9 – 19th Floor<br>Judge: 　Hon. Jon S. Tigar |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT COVENANT
Case No.: CV-16-1024-JST

Having conferred, the undersigned parties stipulate as follows:

WHEREAS, with the assistance of Magistrate Judge Kim, Plaintiff Sai and Defendant Covenant Aviation Security, LLC (Covenant) have reached an agreement that resolves all claims between them;

WHEREAS, as part of the settlement, Sai has agreed to dismiss Covenant from this action with prejudice;

WHEREAS, Sai and Covenant agree to bear their own fees and costs incurred in this action;

NOW WHEREFORE, the undersigned parties jointly and respectfully ask that the Court enter an order dismissing Covenant from this action with prejudice. A proposed order follows the signature blocks.

DATED: March 27, 2019          BAKER BOTTS LLP

*/s/ Navi Singh Dhillon*
NAVI SINGH DHILLON
Attorneys for Plaintiff
SAI

DATED: March 27, 2019          CODDINGTON, HICKS & DANFORTH

*/s/ Richard G. Grotch*
RICHARD G. GROTCH
Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC

**ECF ATTESTATION**

I, Navi Dhillon, hereby attest that the parties referenced above concur in this filing. This attestation is made pursuant to Civil L.R. 5-1(i)(3).

-1-

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT COVENANT
Case No.: CV-16-1024-JST

# [PROPOSED] ORDER

In light of the parties' stipulation and good cause appearing, the Court hereby dismisses Defendant Covenant from this action with prejudice.

**IT IS SO ORDERED.**

Dated: March 27, 2019

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE