NAVI SINGH DHILLON (SBN 279537)
Navi.Dhillon@BakerBotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA  94111
Telephone:   415.291.6200
Facsimile:    415.291.6300

Attorneys for Plaintiff
SAI

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for Defendant SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAI,<br><br>    Plaintiff,<br><br>  v.<br><br>COVENANT AVIATION SECURITY, LLC, et al.,<br>    Defendants. | No. 16-cv-01024 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC**<br><br>Current Date: April 24, 2019<br>Proposed New Date:  May 15, 2019<br>Time:  2:00 p.m.<br><br>The Honorable Jon S. Tigar |

1   WHEREAS, there is currently a CMC scheduled herein for April 24, 2019, with CMC
2 statements due on April 17, 2019;
3   WHEREAS, AUSA Wendy Garbers will be out of the country with her family on vacation the
4 week of April 15, 2019, making submission of a joint CMC statement difficult;
5   WHEREAS, counsel for Plaintiff has conflicts on May 1 and 8, 2019;
6   WHEREFORE, Plaintiff Sai and Defendant Secretary of the Department of Homeland Security
7 jointly and respectfully ask that the April 24, 2019 CMC be rescheduled to May 15, 2019, at 2:00 p.m., with
8 the joint CMC statement due on May 8, 2019.

10  DATED:  April 11, 2019                    Respectfully submitted,

11                                            DAVID L. ANDERSON
                                              United States Attorney
12
                                              */s/ Wendy M. Garbers*
13                                            WENDY M. GARBERS
                                              Assistant United States Attorney

16  DATED:  April 11, 2019                    BAKER BOTTS LLP

18                                             */s/ Navi Singh Dhillon* *
                                              NAVI SINGH DHILLON
19                                            Attorneys for Plaintiff SAI

20  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of
21  perjury that all signatories have concurred in the filing of this document.*

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
No. 16-cv-01024 JST                                                                              2

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, it is hereby ordered that the April 24, 2019 CMC be

3 rescheduled to May 15, 2019, at 2:00 p.m., with the joint CMC statement due on May 8, 2019.

5 Dated: _____

_____
HONORABLE JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
No. 16-cv-01024 JST                                                                                  3