1 NAVI SINGH DHILLON (SBN 279537)
Navi.Dhillon@BakerBotts.com
2 BAKER BOTTS L.L.P.
101 California Street, Suite 3600
3 San Francisco, CA 94111
Telephone: 415.291.6200
4 Facsimile: 415.291.6300

5 Attorneys for Plaintiff
SAI

6
DAVID L. ANDERSON (CABN 149604)
7 United States Attorney
SARA WINSLOW (DCBN 457643)
8 Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
9 Assistant United States Attorney

10     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
11     Telephone: (415) 436-6475
    FAX: (415) 436-7234
12     wendy.garbers@usdoj.gov

13 Attorneys for Defendant SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAI, <br><br> Plaintiff, <br><br> v. <br><br> COVENANT AVIATION SECURITY, LLC, et al., <br> Defendants. | No. 16-cv-01024 JST <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CMC** <br><br> Current Date: April 24, 2019 <br> Proposed New Date: May 15, 2019 <br> Time: 2:00 p.m. <br><br> The Honorable Jon S. Tigar |

| | |
|---|---|
| 1 | WHEREAS, there is currently a CMC scheduled herein for April 24, 2019, with CMC |
| 2 | statements due on April 17, 2019; |
| 3 | WHEREAS, AUSA Wendy Garbers will be out of the country with her family on vacation the |
| 4 | week of April 15, 2019, making submission of a joint CMC statement difficult; |
| 5 | WHEREAS, counsel for Plaintiff has conflicts on May 1 and 8, 2019; |
| 6 | WHEREFORE, Plaintiff Sai and Defendant Secretary of the Department of Homeland Security |
| 7 | jointly and respectfully ask that the April 24, 2019 CMC be rescheduled to May 15, 2019, at 2:00 p.m., with |
| 8 | the joint CMC statement due on May 8, 2019. |

DATED: April 11, 2019            Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney


DATED: April 11, 2019            BAKER BOTTS LLP


 /s/ *Navi Singh Dhillon* *
NAVI SINGH DHILLON
Attorneys for Plaintiff SAI

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, it is hereby ordered that the April 24, 2019 CMC be rescheduled to May 15, 2019, at 2:00 p.m., with the joint CMC statement due on May 8, 2019.

Dated:  April 11, 2019

_____
HONORABLE JON S. TIGAR
United States District Judge