UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01024-JST<br><br>**ORDER RE: IN FORMA PAUPERIS STATUS ON APPEAL**<br><br>Re: ECF No. 275 |

The Ninth Circuit Court of Appeals has referred this action to this court for a determination regarding petitioner's *in forma pauperis* status on appeal. "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C.A. § 1915(a)(3).

It is the judgment of this Court that Plaintiff's complaint is not frivolous, as the court cannot conclude it "has 'no arguable basis in fact or law.'" *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984)). Appeal of the dismissal is therefore "taken in good faith" within the meaning of 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**IT IS SO ORDERED.**

Dated: April 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge